

FILED

19 MAY 22 PM 5:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ as DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIJAH ALEXANDER VAZQUEZ (1),<br>MICHAEL HAMBY, JR. (2)<br><br>    Defendants. | Case No. **19CR1904 JAH**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 2252(a)(2)- Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2422(b)- Enticement; Title 18, U.S.C., Sec. 2241(c)- Aggravated Sexual Abuse; Title 18, U.S.C., Sec. 2253(a) and (b), and Title 18, U.S.C., Sec. 2428 - Criminal Forfeiture |

The grand jury charges:

Count 1

From a date unknown to on or about June 6, 2018, within the Southern District of California, defendant ELIJAH ALEXANDER VAZQUEZ, did knowingly receive visual depictions, that is, digital and computer images, using a means and facility of interstate and foreign commerce, that had been mailed, and such visual depictions had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

ALGR:cms:San Diego
5/22/19

Count 2

On or about and between October 15, 2016 through on or about October 22, 2016, within the Southern District of California, defendants ELIJAH ALEXANDER VAZQUEZ and MICHAEL HAMBY, JR., using a facility and means of interstate and foreign commerce, and within the special maritime and territorial jurisdiction of the United States, did knowingly persuade, induce, entice, and coerce, an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: 18 U.S.C. Sections 2241(c) and 2244(c); in violation of Title 18, United States Code, Section 2422(b).

Count 3

On or about October 22, 2016, in the Southern District of California, defendant MICHAEL HAMBY, JR., in the special maritime and territorial jurisdiction of the United States, knowingly engaged in a sexual act with another person who has not attained the age of 12 years, to wit: MV-1, and knowingly engaged in a sexual act as defined by 18 U.S.C. §2246(2) with another person who had not attained the age of 12 years, to wit: MV-1; all in violation of Title 18 U.S.C. §2241(c).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a) and Title 18, United States Code, Section 2428.

2. Upon conviction of the offense alleged in Count 1, which involves a violation of Title 18, United States Code, Section 2252(a)(2),

2

defendant ELIJAH ALEXANDER VAZQUEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

    a. any visual depictions described in section 2252, and any matter which contains any such visual depictions;

    b. any property, real and personal, constituting or traceable to gross profits aand other proceeds obtained from the offense; and

    c. any property, real and personal, used or intended to be used to commit or to promote the commission of said offense and any property traceable to such property.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

4. Upon conviction of the offense alleged in Count 2 of this Indictment, and pursuant to Title 18, United States Code, Section 2428, defendants ELIJAH ALEXANDER VAZQUEZ and MICHAEL HAMBY, JR., shall forfeit to the United States all rights, title and interest in the

following property:

   a.   Any property, real and personal, used or intended to be used to commit or to facilitate the commission of this violation; and

   b.   Any property, real and personal, that constitutes or is derived from proceeds traceable to this violation.

   5.   If any of the forfeitable property described above in Paragraph 4, as a result of any act or omission of the defendants,

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2428(b)(2), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above in Paragraph 4.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

   DATED: May 22, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
AMANDA J. GRIFFITH
Assistant U.S. Attorney

4