FILED

19 MAY 22 PM 5:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___as___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR1904 JAH |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASE** |
| v. | |
| ELIJAH ALEXANDER VAZQUEZ, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Elijah Alexander Vazquez</u>, Case No. 18CR3091-JAH, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__X__ (2) Prosecution against different defendants arises from:

_____ (a) A common wiretap

_____ (b) A common search warrant

__X__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: May 22, 2019.

ROBERT S. BREWER, JR.
United States Attorney