```
 1  JOHN COTSIRILOS
    State Bar No.  68789
 2  2442 Fourth Avenue
    San Diego, California 92101
 3  (619) 232-6022

 4  Attorney for Defendant
    ELIJAH VAZQUEZ
 5
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-1904-JAH |
| Plaintiff, | |
| | **SENTENCE SUMMARY CHART** |
| v. | |
| ELIJAH VAZQUEZ, | Date:  April 5, 2022 |
| Defendant. | Time: 10:30 a.m. |

TO: RANDY GROSSMAN, UNITED STATES ATTORNEY, AMANDA GRIFFITH, ASSISTANT UNITED STATES ATTORNEY, AND ALEXANDRA PLATAS, UNITED STATES PROBATION OFFICER:

ELIJAH VAZQUEZ, by and through his counsel, John Cotsirilos, hereby files the attached Sentence Summary Chart for this Court's consideration at the time of sentencing.

DATED: March 29, 2022                    Respectfully submitted,

                                         *s/John Cotsirilos*
                                         JOHN COTSIRILOS
                                         Attorney for Defendant
                                         ELIJAH VAZQUEZ

# SENTENCING SUMMARY CHART

USPO _____
AUSA _____
**DEF** __X__

Defendant's Name:   ELIJAH VAZQUEZ

Case No. 19-CR-1904-001-JAH

Guideline Manual Used: November 1, 2018  Agree with USPO Calculations:  No

Base Offense Level: [USSG § 2G2.2(a)(24)] Receipt of images of minors engaged in sexually explicit conduct                                                                22

Materials involved prepubescent minors [USSG § 2G2.2(b)(2)]        +2

Knowingly Engages in Distribution  [USSG § 2G2.2(b)(3)(F)]        +2

Sadistic/Masochistic Conduct  [USSG § 2G2.2(b)(4)]            +4

Pattern of Activity [USSG § 2G2.2(b)(5)]                +5

Use of a computer  [USSG § 2G2.2(b)(6)]                +2

Possession of over 600 images [USSG § 2G2.2(b)(7)(D)]        +5

Adjusted Offense Level:                        42

Adjustment for Acceptance of Responsibility: USSG § 3E1.1        -3

Total Offense Level:                        39

Criminal History Score:                        0

Criminal History Category:                        I

Guideline Range:                        from 240

Range limited by:  [ ] minimum mand.   [X] stat. maximum    to 240  months

Departures: 18 U.S.C. § 3553(a)                    -

         Expeditious Resolution/COVID, USSG § 5K2.0        -2

Resulting Guideline Range:                    from 210

                            to 262 months

Recommendation: per additional 18U.S.C. § 3553(a) factors 120 months followed by 20 years of supervised release.