1  JOHN COTSIRILOS
   State Bar No. 68789
2  2442 Fourth Avenue
   San Diego, California 92101
3  (619) 232-6022

4  Attorney for Defendant
   **ELIJAH VAZQUEZ**
5

6
                    UNITED STATES DISTRICT COURT
7
                   SOUTHERN DISTRICT OF CALIFORNIA
8
                       (Honorable John A. Houston)
9

10

11 | UNITED STATES OF AMERICA,        )   Case No. 19-CR-1904-JAH
12 |          Plaintiff,              )
   |                                  )   **SUPPLEMENTAL**
13 |                                  )   **SENTENCING MEMORANDUM**
   |                                  )
14 | v.                               )
   |                                  )
15 | ELIJAH VAZQUEZ,                  )   Date:   April 5, 2022
   |                                  )
16 |                                  )   Time:   10:30 a.m.
   |          Defendant.              )
17 |                                  )
   |                                  )
18 |                                  )

19  TO:  RANDY S. GROSSMAN., UNITED STATES ATTORNEY, AMANDA
         GRIFFITH, ASSISTANT UNITED STATES ATTORNEY, AND UNITED
20       STATES PROBATION OFFICER ALEXANDRA PLATAS:

21       The defendant, Elijah Vazquez, by and through his counsel, John Cotsirilos,

22  and pursuant to the provisions of Local Criminal Rule 32.1(a)(7), hereby submits the

23  following letters for this court's consideration at the time of sentencing

24

25  DATED: April 4, 2022                    Respectfully submitted,

26

27                                          */s/John Cotsirilos*
                                            JOHN COTSIRILOS
28                                          Attorney for Defendant
                                            ELIJAH VAZQUEZ

                                    1