1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No.  19cr1904-JAH |
| 11           Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| 12      v. | |
| 13  ELIJAH ALEXANDER VAZQUEZ(1), | |
| 14           Defendant. | |

On March 24, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ELIJAH ALEXANDER VAZQUEZ (1) ("Defendant") in the following properties, pursuant to 18 U.S.C. § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

   1.   All visual depictions which constitute child pornography and child erotica located on the items seized from Defendant's residence;
   2.   Motorola Cellular Telephone, Model: Google Pixel;
   3.   Motorola Cellular Telephone, Model: Droid;
   4.   Samsung Cellular Telephone, Model: Galaxy S7 Edge;
   5.   Samsung Cellular Telephone, Model Number 0311Q;

|   |   |   |
|---|---|---|
| 6. | Dell Laptop Computer, Model: Inspiron; |
| 7. | Dell Laptop Computer, Model: Inspiron; |
| 8. | Dell Laptop Computer; and |
| 9. | Dell Electronic Storage Device Hard Drive; and |

For thirty (30) consecutive days ending on July 09, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ELIJAH ALEXANDER VAZQUEZ and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

    1.    All visual depictions which constitute child pornography and child erotica located on the items seized from Defendant's residence;

2. Motorola Cellular Telephone, Model: Google Pixel;
3. Motorola Cellular Telephone, Model: Droid;
4. Samsung Cellular Telephone, Model: Galaxy S7 Edge;
5. Samsung Cellular Telephone, Model Number 0311Q;
6. Dell Laptop Computer, Model: Inspiron;
7. Dell Laptop Computer, Model: Inspiron;
8. Dell Laptop Computer; and
9. Dell Electronic Storage Device Hard Drive.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

DATED: 9/13/2022

Hon. John A. Houston
United States District Court Judge